AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Ricardo Pons, Ofelia Nelida Garcia, and NW Global Strategy, <br> *Plaintiff* <br> v. <br> The Republic of Argentina <br> *Defendant* | ) ) ) ) ) ) ) ) ) |

Civil Action No.

**13 CIV 8887**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The Republic of Argentina
c/o Banco de la Nacion Argentina
225 Park Avenue
New York, NY 10170

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael C. Spencer
Milberg LLP
One Penn Plaza, 49th Floor
New York, NY 10119

Attorneys for Plaintiff

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date: DEC 1 6 2013 _____



*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 13 CIV 8887                                    Date Filed: _____

Plaintiff:
**Ricardo Pons, et al.**
vs.
Defendant:
**The Republic of Argentina**

**State of New York, County of New York ss:**

Received by Target Research & Investigation Corporation to be served on **The Republic of Argentina, c/o Banco de la Nacion Argentina, 225 Park Avenue, New York, NY 10170.**

I, Ronald Waag, being duly sworn, depose and say that on the **19th day of February, 2014 at 1:56 pm, I:**

served **The Republic of Argentina** by delivering a true copy of the **Summons in a Civil Action and Complaint** to: **Arlene M. Flores as Authorized Agent of/for The Republic of Argentina, at the address of: c/o Banco de la Nacion Argentina, 225 Park Avenue, New York, NY 10170.**

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: Hispanic, Height: 5'11", Weight: 135, Hair: Dark Brown, Glasses: N

I swear that I am over the age of 18 years, am not a party to the within matter and reside in the State of New York.

Subscribed and Sworn to before me on the __21__ day of __february__, __2014__ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

CHRISTINA O'SULLIVAN
Notary Public – State of New York
No. 01O86124768
Qualified in Queens County
My Commission Expires 3/28/2017

_____
Ronald Waag
1402590

**Target Research & Investigation Corporation**
**233 Broadway**
**Suite 2065**
**New York, NY 10279**
**(212) 227-9600**
Our Job Serial Number: TAR-2014000129

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5b