UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO PONS, OFELIA NELIDA GARCÍA, and NW GLOBAL STRATEGY,<br><br>                                  Plaintiffs,<br><br>                -against-<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                  Defendant. | 13 CV 8887 (TPG) |

## REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION
## FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs respectfully submit this reply memorandum in support of their motion for partial summary judgment as to the Republic of Argentina's violations of the Pari Passu provision.

Plaintiffs refer to the Reply Memorandum of Law in Support of the Motion by NML Capital, Ltd. for Partial Summary Judgment, filed in *NML Capital, Ltd. v. Republic of Argentina,* 14 Civ. 8601 (TPG), for further argument on this motion.

Plaintiffs are submitting the declarations of Plaintiff Ricardo Pons and of Utz Schuller and Markus Gierke, chairmen of the managing board of the managing company for Plaintiff NW Global Strategy, for the Court's further consideration on this motion.

New York, New York
April 7, 2015

                                        Respectfully submitted,

                                        MILBERG LLP

                                        By: _____/s/_____
                                                    Michael C. Spencer
                                        mspencer@milberg.com
                                        One Pennsylvania Plaza
                                        New York, NY  10119
                                        Tel.: 212-594-5300
                                        Facs.: 212-868-1229

                                        *Attorneys for Plaintiffs*